| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: Northern District of California | FILED MAR 03 2025 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: ___ Deputy Clerk |
| Case number (If known): _____ Chapter you are filing under: ☐ Chapter 7  ☑ Chapter 11  Sub V  ☐ Chapter 12  ☐ Chapter 13 | PAID $1,738.⁰⁰  ☐ Check if this is an amended filing |

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. Your full name<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Sean<br>First name<br>Gary<br>Middle name<br>Antoine<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | Maria<br>First name<br>Elisabetha<br>Middle name<br>Antoine<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. All other names you have used in the last 8 years<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br>Middle name<br>Last name<br>First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) | First name<br>Middle name<br>Last name<br>First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) |
| 3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx – xx – 8 5 6 7<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – 9 7 6 3<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Debtor 1  **Sean** **Gary** **Antoine**
        First Name    Middle Name    Last Name

Case number (*if known*) _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN __ __ - __ __ __ __ __ __ __ <br><br> EIN __ __ - __ __ __ __ __ __ __ | EIN __ __ - __ __ __ __ __ __ __ <br><br> EIN __ __ - __ __ __ __ __ __ __ |
| **5. Where you live** | 235 Marianela Ln <br> Number   Street <br><br><br> Los Osos    CA    93402 <br> City    State    ZIP Code <br> San Luis Obispo <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number   Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City    State    ZIP Code | **If Debtor 2 lives at a different address:** <br><br> 235 Marianela Ln <br> Number   Street <br><br><br> Los Osos    CA    93402 <br> City    State    ZIP Code <br> San Luis Obispo <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number   Street <br><br> _____ <br> P.O. Box <br><br> _____ <br> City    State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br><br> _____ <br> _____ <br> _____ | *Check one:* <br><br> ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br><br> _____ <br> _____ <br> _____ |

Debtor 1   **Sean** **Gary** **Antoine**    Case number (if known)_____
         First Name  Middle Name  Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No
☐ Yes.  District _____ When ____/____/____ Case number _____
                              MM / DD / YYYY
         District _____ When ____/____/____ Case number _____
                              MM / DD / YYYY
         District _____ When ____/____/____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.  Debtor _____ Relationship to you _____
         District _____ When ____/____/____ Case number, if known _____
                              MM / DD / YYYY

         Debtor _____ Relationship to you _____
         District _____ When ____/____/____ Case number, if known _____
                              MM / DD / YYYY

**11. Do you rent your residence?**

☒ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 3

Debtor 1  **Sean** **Gary** **Antoine**
      First Name   Middle Name   Last Name

Case number (*if known*)_____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- ☐ No. Go to Part 4.
- ☑ Yes. Name and location of business

    **Matco Tools**
    Name of business, if any

    Number    Street
    **235 Marianela Ln**

    **Los Osos**      **CA**   **93402**
    City      State   ZIP Code

    *Check the appropriate box to describe your business:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

- ☐ No. I am not filing under Chapter 11.
- ☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- ☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- ☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1  **Sean** **Gary** **Antoine**
 First Name  Middle Name  Last Name

Case number (*if known*)_____

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number    Street

_____

_____
City                State    ZIP Code

Debtor 1  __Sean__  __Gary__  __Antoine__                          Case number (if known)_____
          First Name  Middle Name  Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Sean  Gary  Antoine**
        First Name   Middle Name   Last Name

Case number *(if known)*_____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.
EIDL SBA Loan

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Sean Antoine*                                    ✗ *Maria B Antoine*
Sean G Antoine                                        Maria E Antoine
Signature of Debtor 1                                 Signature of Debtor 2

Executed on  02/24/2025                               Executed on  02/24/2025
           MM / DD / YYYY                                            MM / DD / YYYY

Official Form 101        **Voluntary Petition for Individuals Filing for Bankruptcy**        page 7

Debtor 1  **Sean  Gary  Antoine**  Case number (if known) _____
First Name  Middle Name  Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____  Date  _____
Signature of Attorney for Debtor        MM  /  DD  / YYYY

Printed name _____

Firm name _____

Number  Street _____

_____
City                    State    ZIP Code

Contact phone _____  Email address _____

Bar number _____  State _____

| Debtor 1 | Sean | Gary | Antoine | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X *Sean Antoine*                                X *Maria E Antoine*
Sean G Antoine                                   Maria E Antoine
Signature of Debtor 1                            Signature of Debtor 2

Date  02/24/2025                                 Date  02/24/2025
      MM / DD / YYYY                                   MM / DD / YYYY

Contact phone  (805) 534-9368                    Contact phone  (805) 534-9368

Cell phone  (805) 215-0229                       Cell phone  (805) 259-5560

Email address  seanmatco@gmail.com               Email address  betcheantoine@charter.net

Fill in this information to identify your case:

Debtor 1    Sean    Gary    Antoine
            First Name    Middle Name    Last Name

Debtor 2    Maria    Elisabetha    Antoine
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of California

Case number
(If known) _____

☐ Check if this is an amended filing

# Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

Unsecured claim

**1**
EIDL SBA LOAN
Creditor's Name
409 3RD St., SW
Number    Street

Washington    DC    20416
City    State    ZIP Code

Contact
(800) 827-5722
Contact phone

What is the nature of the claim? 7435697406/ Unsecured    $ 200,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    – $_____
        Unsecured claim    $_____

**2**
Bank of America
Creditor's Name
PO BOX 660441
Number    Street

DALLAS    TX    75266
City    State    ZIP Code

Contact
(800) 673-1044
Contact phone

What is the nature of the claim? CREDIT/ Unsecured    $ 48,467.97

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    – $_____
        Unsecured claim    $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor 1  **Sean** *First Name*   **Gary** *Middle Name*   **Antoine** *Last Name*   Case number (if known) _____

Unsecured claim

### 3 BANK of AMERICA
Creditor's Name
**PO BOX 660441**
Number   Street

**DALLAS**   **TX**   **75266**
City   State   ZIP Code

What is the nature of the claim? **CREDIT/Unsecured**    $ **21,935.19**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $ _____
Value of security: − $ _____
Unsecured claim $ _____

Contact
**(800) 673-1044**
Contact phone

### 4 BANK OF AMERICA
Creditor's Name
**PO BOX 660441**
Number   Street

**DALLAS**   **TX**   **75266**
City   State   ZIP Code

What is the nature of the claim? **CREDIT/Unsecured**    $ **3,900.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $ _____
Value of security: − $ _____
Unsecured claim $ _____

Contact
**(800) 673-1044**
Contact phone

### 5 CAPITAL ONE
Creditor's Name
**PO BOX 60519**
Number   Street

**CITY OF INDUSTRY**   **CA**   **91716**
City   State   ZIP Code

What is the nature of the claim? **CREDIT/Unsecured**    $ **10,000.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $ _____
Value of security: − $ _____
Unsecured claim $ _____

Contact
**(800) 867-0904**
Contact phone

### 6 CHASE BANK
Creditor's Name
**PO BOX 78420**
Number   Street

**PHOENIX**   **AZ**   **85062**
City   State   ZIP Code

What is the nature of the claim? **CREDIT/ Unsecured**    $ **12,200.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $ _____
Value of security: − $ _____
Unsecured claim $ _____

Contact
**(800) 432-3117**
Contact phone

### 7 CITI BANK
Creditor's Name
**PO BOX 790110**
Number   Street

**ST LOUIS**   **MO**   **63179**
City   State   ZIP Code

What is the nature of the claim? **CREDIT/ Unsecured**    $ **17,112.18**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $ _____
Value of security: − $ _____
Unsecured claim $ _____

Contact
**(800) 685-0935**
Contact phone

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor 1  **Sean** (First Name)  **Gary** (Middle Name)  **Antoine** (Last Name)    Case number (if known) _____

Unsecured claim

### 8  SYNCHRONY BANK
Creditor's Name
PO BOX 71756
Number    Street

PHILADELPHIA    PA    19176
City    State    ZIP Code

Contact
(866) 226-5638
Contact phone

What is the nature of the claim? **Credit/Unsecured**    $ 4,561.89

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    – $_____
Unsecured claim    $_____

### 9  CHASE DISNEY
Creditor's Name
PO BOX 15123
Number    Street

WILMINGTON    DE    19850
City    State    ZIP Code

Contact
(800) 300-8575
Contact phone

What is the nature of the claim? **Credit/Unsecured**    $ 5,345.01

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    – $_____
Unsecured claim    $_____

### 10  Sephora Visa Community Bank
Creditor's Name
PO BOX 183003
Number    Street

Columbus    OH    43218
City    State    ZIP Code

Contact
(866) 841-5037
Contact phone

What is the nature of the claim? **Credit/ Unsecured**    $ 7,270.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $ **Sean G Antoine**
Value of security:    – $ **Maria E Antoine**
Unsecured claim    $_____

### 11  Priceline Barclays Bank
Creditor's Name
PO BOX 60517
Number    Street

City of Industry    Ca
City    State    ZIP Code
91716

Contact
(866) 951-1440
Contact phone

What is the nature of the claim? **Credit/Unsecured**    $ 9,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    – $_____
Unsecured claim    $_____

### 12  Dignity Health French Hospital
Creditor's Name
14141 Southwest Fwy STE 300
Number    Street

Sugar Land    TX    77478
City    State    ZIP Code

Contact
(866) 269-1726
Contact phone

What is the nature of the claim? **Unsecured**    $ 53,393.39

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
Value of security:    – $_____
Unsecured claim    $_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

Debtor 1  Sean Gary Antoine    Case number (if known) _____
         First Name / Middle Name / Last Name

Unsecured claim

### 13  Chase Home Lending
Creditor's Name

Number  Street
PO BOX 78420

PHOENIX    AZ    85062
City    State    ZIP Code

Contact
(800) 848-9380
Contact phone

What is the nature of the claim? Secured/1464551172    $ 43,724.91

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $ 43,724.91
         Value of security:    − $ 43,724.91
         Unsecured claim    $ 0.00

### 14  National Default Servicing Corporati
Creditor's Name

Number  Street
7720 N. 16th Street, Suite 300

Phoenix    AZ    85020
City    State    ZIP Code

Contact
(602) 412-5131
Contact phone

What is the nature of the claim? Secured/2005077839    $ 607,867.86

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $ 607,867.86
         Value of security:    − $ 607,867.86
         Unsecured claim    $ 0.00

### 15  U.S. Bank
Creditor's Name

Number  Street
PO BOX 4493

PORTLAND    OR    97208
City    State    ZIP Code

Contact
(800) 872-2657
Contact phone

What is the nature of the claim? Secured/ Work Truck    $ 18,176.70

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):    $ 18,176.70
         Value of security:    − $ 18,176.70
         Unsecured claim    $ _____

### 16  Coastal Surgical Institute
Creditor's Name

Number  Street
921 Oak Park Blvd

Pismo Beach    Ca    93449
City    State    ZIP Code

Contact
(805) 473-9850
Contact phone

What is the nature of the claim? Unsecured    $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $ _____
         Value of security:    − $ _____
         Unsecured claim    $ _____

### 17  Mileage Plus United
Creditor's Name

Number  Street
PO BOX 15123

Wilington    DE    19850
City    State    ZIP Code

Contact
(800) 323-6252
Contact phone

What is the nature of the claim? Credit/Unsecured    $ 10,465.55

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $ _____
         Value of security:    − $ _____
         Unsecured claim    $ _____

Debtor 1  Sean  Gary  Antoine                                Case number (if known) _____
         First Name  Middle Name  Last Name

**Unsecured claim**

**18**

TJX REWARDS/SYNCB
Creditor's Name

PO BOX 669819
Number  Street

DALLAS          TX    75266
City            State ZIP Code

Contact
(844) 397-6506
Contact phone

What is the nature of the claim? **Credit / Unsecured**                    $  8,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:                 − $_____
          Unsecured claim                      $_____

**19**

CHASE AMAZON
Creditor's Name

PO BOX 6294
Number  Street

Carol Stream    IL    60197
City            State ZIP Code

Contact
(888) 247-4080
Contact phone

What is the nature of the claim? **Unsecured**                             $  5,500.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:                 − $_____
          Unsecured claim                      $_____

**20**

Golden State Water
Creditor's Name

PO BOX 51133
Number  Street

Los Angeles     Ca    90051
City            State ZIP Code

Contact
(800) 999-4033
Contact phone

What is the nature of the claim? **Unsecured**                             $  1,394.90

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:                 − $_____
          Unsecured claim                      $_____

**Part 2:  Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _Sean Antoine_ (signature)                    X _Maria Antoine_ (signature)
  Sean G Antoine                                  Maria E Antoine
  Signature of Debtor 1                           Signature of Debtor 2

Date  03/02/2025                                Date  03/02/2025
      MM / DD / YYYY                                  MM / DD / YYYY

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 5

MASTER MAILING LIST OF CREDITORS

EIDL SBA LOAN

409 3RD ST., SW

WASHINGTON, DC 20416


BANK OF AMERICA

PO BOX 660441

DALLAS, TX 75266


BANK OF AMERICA

PO BOX 660441

DALLAS, TX 75266


CAPITAL ONE

PO BOX 60519

CITY OF INDUSTRY, CA 91716


CHASE BANK

PO BOX 78420

PHOENIX, AZ 85062


CITI BANK

PO BOX 790110

ST LOUIS, MO 63179

SYNCHRONY BANK

PO BOX 71756

PHILADELPHIA, PA 19176


CHASE DISNEY

PO BOX 15123

WILMINGTON, DE 19850


SEPHORA COMMUNITY BANK

PO BOX 183003

COLUMBUS, OH 43218


PRICELINE BARCLAYS BANK

PO BOX 60517

CITY OF INDUSTRY, CA 91716


DIGNITY HEALTH FRENCH HOSPITAL

14141 SOUTHWEST FWY STE 300

SUGAR LAND, TX 77478


NATIONAL DEFAULT SERVICING CORPORATION

7720 N. 16TH STREET, SUITE 300

PHOENIX, AZ 85020


COASTAL SURGICAL INSTITUTE

921 OAK PARK BLVD

PISMO BEACH, CA 93449

MILEAGE PLUS UNITED

PO BOX 15123

WILINGTON, DE 19850


TJX REWARDS/ SYNCB

PO BOX 669819

DALLAS, TX 75266


CHASE AMAZON

PO BOX 6294

CAROL STREAM, IL 60197


GOLDEN STATE WATER

PO BOX 51133

LOS ANGELES, CA 90051